IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK T. CALHOUN** <br> **(AIS# 214085),** <br><br> Plaintiff, <br><br> vs. <br><br> **CYNTHIA STEWART, et al.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 13-0323-CG-N <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that summary judgment be granted in favor of Defendants Cynthia Stewart, Walter Myers, Derrick Lee, Christopher White, and Anthony Lambert and that Plaintiff's action against Defendants be dismissed with prejudice.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE