IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK T. CALHOUN (AIS# 214085), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0323-CG-N ) |
| CYNTHIA STEWART, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** on all claims is entered in favor of Defendants Cynthia Stewart, Walter Myers, Derrick Lee, Christopher White, and Anthony Lambert, and against Plaintiff, Derrick T. Calhoun.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE